United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12582-mdc
Bryant L Heard                                                            Chapter 13
Cindy Wilson-Heard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 2          Date Rcvd: Mar 02, 2018
                             Form ID: pdf900        Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
```
db/jdb         +Bryant L Heard,   Cindy Wilson-Heard,   1178 Wagner Ave,   Philadelphia, PA 19141-2930
13900356       +Aes/ Bony Us,   Attn: Bankrupcy,   Po Box 2461,   Harrisburg, PA 17105-2461
13900360       +Central Finl Control,   Po Box 66044,   Anaheim, CA 92816-6044
13900364        City of Philadelphia,   Department of Revenue,   PO Box 41496,   Philadelphia, PA 19101-1496
13900366       +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
13923512        ECMC,   PO BOX 16408,   St Paul, MN 55116-0408
13900368       +Grimley Financial,   18 W Kings Hwy,   Haddonfield, NJ 08033-2116
13900370       +Lease & Rental Mgmt Co,   45 Haverhill St,   Andover, MA 01810-1499
13900374       +Nu 2 U Auto,   105 White Horse Pi,   Clementon, NJ 08021-4154
13900379       +PGW,   800 W. Montgomery Ave,   Philadelphia, PA 19122-2806
13900378       +Peco,   PO Box 13439,   Philadelphia, PA 19101-3439
13900380       +Philadelphia Traffic Court,   800 Spring Garden Street,   Philadelphia, PA 19123-2690
13900381       +Pnc Bank/Glelsi,   Po Box 7860,   Madison, WI 53707-7860
13900383       +Raymour & Flannigan,   PO Box 130,   Liverpool, NY 13088-0130
13900384       +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
14001391       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,   211 North Front Street,
                 Harrisburg, PA 17101-1406
13983078       +U.S. Bank NA,   c/o Matteo S. Weiner, Esq.,   KML Law Group PC,   701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13945359        US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON WI 53708-8973
13900385       +Unv Fidlty,   1445 Langham Creek,   Houston, TX 77084-5012
13900386       +Us Dept Of Ed/Glelsi,   Po Box 7860,   Madison, WI 53707-7860
13900387       +Us Dept Of Ed/Great Lakes Higher Educati,   Attn: Bankruptcy,   2401 International Lane,
                 Madison, WI 53704-3121
13900388       +Water Revenue Bureau,   1401 JFK Boulevard,   Philadelphia, PA 19102-1663
13900389       +Xerox Soluti,   Acs     Sue Elen 1617 Jfk Blvd Sui,   Philadelphia, PA 19103-1821
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 03 2018 01:27:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2018 01:27:00
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 03 2018 01:27:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13900355       +E-mail/Text: bankruptcy@rentacenter.com Mar 03 2018 01:28:02     Acceptance Now,
                 Attn: Bankruptcy,   5501 Headquarters Dr,   Plano, TX 75024-5837
13900357       +E-mail/Text: bankruptcy@acacceptance.com Mar 03 2018 01:27:16     American Credit Accept,
                 961 E Main St,   Spartanburg, SC 29302-2185
13900358       +E-mail/Text: broman@amhfcu.org Mar 03 2018 01:27:21     American Heritage Fcu,
                 2060 Red Lion Rd,   Philadelphia, PA 19115-1699
13920013       +E-mail/Text: bnc@atlasacq.com Mar 03 2018 01:26:50     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303,   Attn: Avi Schild
13919331       +E-mail/Text: bnc@atlasacq.com Mar 03 2018 01:26:49     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
13900363        E-mail/Text: bankruptcy@phila.gov Mar 03 2018 01:27:37     City of Philadelphia,
                 Department of Revenue,   PO Box 1630,   Philadelphia, PA 19105-1630
13991222        E-mail/Text: bankruptcy@phila.gov Mar 03 2018 01:27:38     City of Philadelphia,
                 Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13900359       +E-mail/Text: clientrep@capitalcollects.com Mar 03 2018 01:28:05     Capital Collection Svc,
                 Po Box 150,   West Berlin, NJ 08091-0150
13900362       +E-mail/Text: equiles@philapark.org Mar 03 2018 01:27:59     City of Philadelphia,
                 Parking Violations Branch,   PO Box 41819,   Philadelphia, PA 19101-1819
13900361       +E-mail/Text: equiles@philapark.org Mar 03 2018 01:27:59     City of Philadelphia,
                 PO Box 41818,   Philadelphia, PA 19101-1818
13900365       +E-mail/Text: bankruptcy@consumerportfolio.com Mar 03 2018 01:27:25     Consumer Portfolio Svc,
                 Po Box 57071,   Irvine, CA 92619-7071
13900367       +E-mail/Text: tropiann@einstein.edu Mar 03 2018 01:26:56     Einstein Hospital,
                 5501 Old York road,   Philadelphia, PA 19141-3091
13900369       +E-mail/Text: equiles@philapark.org Mar 03 2018 01:27:59     LDC Collections Systems,
                 PO BOX 41819,   Philadelphia, PA 19101-1819
13967586        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2018 01:28:34
                 LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13900371       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 03 2018 01:27:16     Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13900372       +E-mail/Text: Bankruptcies@nragroup.com Mar 03 2018 01:28:03     National Recovery Agen,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
13900373       +E-mail/Text: bankruptcydepartment@tsico.com Mar 03 2018 01:27:57     Nco Fin/99,   Po Box 15636,
                 Wilmington, DE 19850-5636
```

```
District/off: 0313-2         User: DonnaR          Page 2 of 2              Date Rcvd: Mar 02, 2018
                            Form ID: pdf900        Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13900375      +E-mail/Text: bankruptcy@oliphantfinancial.com Mar 03 2018 01:27:18      Oliphant Financial,
               9009 Town Center Pkwy,   Lakewood Ranch, FL 34202-4185
13913590       E-mail/Text: peritus@ebn.phinsolutions.com Mar 03 2018 01:28:01
               PERITUS PORTFOLIO SERVICES/NCEP,   PO BOX 141419,   IRVING, TX  75014-1419
13900376      +E-mail/Text: blegal@phfa.org Mar 03 2018 01:27:19      Pa Housing Finance Age,   211 N Front St,
               Harrisburg, PA 17101-1406
13931994       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2018 01:27:00
               Pennsylvania Department of Revenue,   Bankruptcy division, P O Box 280946,
               Harrisburg P A 17128-0946
13913188      +E-mail/Text: equiles@philapark.org Mar 03 2018 01:28:00      Philadelphia Parking Authority,
               701 Market Street Suite 5400,   Philadelphia, PA 19106-2895
13930503       E-mail/Text: bnc-quantum@quantum3group.com Mar 03 2018 01:26:56
               Quantum3 Group LLC as agent for,   Wollemi Acquisitions LLC,   PO Box 788,,
               Kirkland, WA 98083-0788
13900382      +E-mail/Text: bankruptcy@rentacenter.com Mar 03 2018 01:28:02      Rac Acceptance,
               5501 Headquarters Dr,   Plano, TX 75024-5837
                                                                          TOTAL: 27


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
13941414*     +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
13900377     ##+Payliance,   3 Easton Oval Ste 210,   Columbus, OH 43219-6011
                                                                          TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
```
          GEORGETTE  MILLER   on behalf of Joint Debtor Cindy  Wilson-Heard info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;r50524@notify.bestcase.com
          GEORGETTE  MILLER   on behalf of Debtor Bryant L Heard info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;r50524@notify.bestcase.com
          KEVIN G. MCDONALD   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) KMcDonald@blankrome.com
          LEON P. HALLER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Bryant Heard                                    :          Chapter 13

    Cindy Wilson-Heard                          :

        Debtor(s).                               :          Bankruptcy No. 17-12582

## ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby ORDERED that:

1.      This chapter 13 bankruptcy case is **DISMISSED.**

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED.**

4.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.      All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that

neither an objection to the proposed compensation nor an application for administrative

expense has been filed, or if such application has been filed, set a hearing on all such

applications.

7.      If no Certification, as required above in Paragraph 6 has been entered on

the docket within sixty (60) days of the entry of this Order, then the Standing Trustee

shall, if any applications for administrative expenses other than Debtor(s)' Counsels have

been filed, set a hearing thereon or, if no such applications have been filed, be authorized

to return such funds to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).


Dated: 2/28/2018  3/1/18

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE