**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Bryant Heard | : | **CHAPTER 13** |
| Cindy Wilson-Heard | : | |
| | : | **CASE NO. 17-12582** |
| Debtor(s), | : | |
| | : | |

**NOTICE OF DEBTOR'S Motion to Reconsider the March 1, 2018 Dismissal Order
and Reinstate Case**

Debtors, Bryant and Cindy Heard have filed a Motion to Reconsider the March 1,
2018 Dismissal Order and Reinstate Case with this court.
**Your rights may be affected.  You should read these papers carefully and
discuss them with your attorney, if you have one in this bankruptcy case.  (If you do
not have an attorney, you may wish to consult one.)**

If you want the court to consider your views on the Motion, then on or before
4/5/18 you or your attorney must:

File with the court a written response at:
U.S. Bankruptcy Court
 900 Market Street
 Philadelphia, PA  19107
Attn: Bankruptcy Clerk

If you mail your response to the court for filing, you must mail it early enough so
the court will receive it on or before the date stated above.

You must mail a copy to:
Georgette Miller
Law Offices of Georgette Miller, Esq., P.C.
335 Evesham Avenue
Lawnside, NJ  08045

You or your attorney must attend the hearing scheduled to be held on 4/12/18 at
11:00am in Courtroom #2 U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA
19107.  If you or your attorney do not take these steps, the court may decide that you do
not oppose the relief sought in the motion and may enter an order granting that relief.

/s/ Michelle Lee
Michelle Lee, Esq.
Law Offices of Georgette Miller, Esq., P.C.
119 S. Easton Road
Glenside, PA 19038

{00311265;v1}