Signed in successfully.

# All Transactions

**Name**
Bryant L Heard

**Address**
1178 Wagner Ave, Philadelphia, PA, 19141

2576.33

| Date Started | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|
| N/A | | | 3358555 | $250.00 | Scheduled |
| March 19, 2018 | March 23, 2018 | March 26, 2018 | 3268458 | $356.33 | Complete |
| March 13, 2018 | March 19, 2018 | March 20, 2018 | 3249532 | $350.00 | Complete |
| March 12, 2018 | | | 3242316 | $356.33 | Failed |
| March 09, 2018 | March 15, 2018 | | 3237385 | $350.00 | Failed |
| March 05, 2018 | March 09, 2018 | March 12, 2018 | 3217204 | $620.00 | Complete |
| March 02, 2018 | March 08, 2018 | March 09, 2018 | 3211743 | $600.00 | Complete |
| March 02, 2018 | | | 3211722 | $600.00 | Failed |
| March 02, 2018 | March 08, 2018 | March 09, 2018 | 3210813 | $400.00 | Complete |
| February 26, 2018 | March 02, 2018 | March 05, 2018 | 3187006 | $1,500.00 | Complete |
| February 20, 2018 | February 26, 2018 | February 27, 2018 | 3162312 | $200.00 | Complete |
| December 13, 2017 | December 19, 2017 | December 20, 2017 | 2923911 | $200.00 | Complete |
| November 24, 2017 | November 30, 2017 | | 2860561 | $300.00 | Failed |
| November 10, 2017 | November 16, 2017 | | 2815107 | $300.00 | Failed |
| November 03, 2017 | November 09, 2017 | November 10, 2017 | 2794387 | $200.00 | Complete |
| October 27, 2017 | November 02, 2017 | November 03, 2017 | 2769968 | $400.00 | Complete |
| October 20, 2017 | October 26, 2017 | | 2745148 | $200.00 | Failed |
| September 29, 2017 | October 05, 2017 | October 06, 2017 | 2675357 | $300.00 | Complete |

Handwritten annotations: 250 } + 2326.33

| | |
|---|---|
| get case status | logout |

**Chapter 13 Trustee Online Case Status System**

# William C Miller Standing Chapter 13 Trustee

## Status of Claims as of 4/11/2018
### Case # 17-12582 MDC Close Pending - Jurisdiction Held

BRYANT L HEARD
CINDY WILSON-HEARD

49 Remaining of 60 Mos.

Current Debtor Pmt: $930.00 / Monthly

Atty: GEORGETTE MILLER

### Summary

Filed: 4/12/2017
First Mtg: 6/21/2017 10:00:00 AM

Confirm Hearing: 3/1/2018 9:30 AM
Plan Filed: 4/27/2017

Base Amount: $52,980.00
Total Paid In: $4,860.00
Balance on Hand: $4,493.28

Debtor Refunds: $0.00
Delinq Amount: $2,550.00

### Payment Schedule

| Start Date | End Date | Debtor Payment | Frequency | Total Pmts | Type |
|---|---|---|---|---|---|
| 5/12/2017 | 10/12/2017 | $2,760.00 | L | $2,760.00 | |
| 11/12/2017 | 4/12/2022 | $930.00 | M | $50,220.00 | |

### Payment History

| | | | | |
|---|---|---|---|---|
| 3/5/2018 $1,500.00 | 2/27/2018 $200.00 | 12/20/2017 $200.00 | 11/10/2017 $200.00 | 11/3/2017 $400.00 |
| 10/6/2017 $300.00 | 8/8/2017 $400.00 | 7/10/2017 $440.00 | 7/5/2017 $400.00 | 5/19/2017 $820.00 |

Show Details

### Claims

| Creditor Name | Clm Num | Court Clm # | Last Pymt | Cls | Int Rate | Fixed Pymt | Disb Code | Debt | Principal Paid | Claimed | Tot Int Pd | Balance | Accrued Int | Arrears |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEORGETTE MILLER | 000-0 | | | L | 0.00% | $0.00 | 13 | $4,000.00 | $0.00 | $0.00 | $0.00 | Objection ($4,000.00) | $0.00 | $0.00 |
| PHILADELPHIA PARKING AUTHORITY | 001-0 | 1 | | U | 0.00% | $0.00 | 33 | $1,924.00 | $0.00 | $1,924.00 | $0.00 | $1,924.00 | $0.00 | $0.00 |
| PERITUS PORTFOLIO SERV | 002-0 | 2 | | U | 0.00% | $0.00 | 33 | $13,478.67 | $0.00 | $13,478.67 | $0.00 | $13,478.67 | $0.00 | $0.00 |
| ECMC | 003-0 | 3 | | U | 0.00% | $0.00 | 33 | $63,570.90 | $0.00 | $63,570.90 | $0.00 | $63,570.90 | $0.00 | $0.00 |
| QUANTUM3 GROUP | 004-0 | 4 | | U | 0.00% | $0.00 | 33 | $7,366.28 | $0.00 | $7,366.28 | $0.00 | $7,366.28 | $0.00 | $0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | 005-0 | 5 | | P | 0.00% | $0.00 | 23 | $205.96 | $0.00 | $205.96 | $0.00 | $205.96 | $0.00 | $0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | 005-1 | 5 | | U | 0.00% | $0.00 | 33 | $135.90 | $0.00 | $135.90 | $0.00 | $135.90 | $0.00 | $0.00 |
| ATLAS ACQUISITION | 006-0 | 6 | | U | 0.00% | $0.00 | 33 | $164.38 | $0.00 | $164.38 | $0.00 | $164.38 | $0.00 | $0.00 |
| US DEPT OF EDUCATION | 007-0 | 7 | | U | 0.00% | $0.00 | 33 | $61,163.81 | $0.00 | $61,163.81 | $0.00 | $61,163.81 | $0.00 | $0.00 |
| William Miller | TRS-0 | - | 3/5/2018 | T | 0.00% | $0.00 | 00 | $4,120.08 | $366.72 | $0.00 | $0.00 | $3,753.36 | $0.00 | $0.00 |

Prin Bal (incl Funds on Hand)    $151,269.98
Base Amount    $48,120.00