**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Bryant Heard | : | CHAPTER 13 |
| Cindy Wilson-Heard | : | |
| | : | CASE NO. 17-12582 |
| Debtor(s), | : | |
| | : | |

# **ORDER**

And Now this _____ day of _____, 2018, upon consideration of Debtors Bryant Heard and Cindy Wilson-Heard's Motion to Reconsider the Dismissal Order Dated March 1, 2018 and Reinstate Case, and any Response in Opposition thereto,

It is hereby ORDERED that Debtor's Motion is granted and this Chapter 13 case is reinstated and that the debtors may proceed with case No. 17-12582.

It is further ORDERED that the automatic stay shall be reinstated in this case from the petition date.

It is further ORDERED that the March 1, 2018 Order dismissing case is vacated for reasons stated in open court.

It is further ORDERED that the debtors shall file wage orders within five (5) days from the filing of this order.

It is further ORDERED that debtors will be current with the trustee by June 1, 2018.

_____
Honorable Magdeline D. Coleman

{00316929;v1}