United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bryant L Heard  
Cindy Wilson-Heard  
    Debtors

Case No. 17-12582-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR        Page 1 of 1        Date Rcvd: Jun 05, 2018  
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.  
db/jdb        +Bryant L Heard,   Cindy Wilson-Heard,   1178 Wagner Ave,   Philadelphia, PA 19141-2930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:  
        GEORGETTE   MILLER    on behalf of Joint Debtor Cindy  Wilson-Heard info@georgettemillerlaw.com,  
         georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille  
         rlaw.com;smithcr50524@notify.bestcase.com  
        GEORGETTE   MILLER    on behalf of Debtor Bryant L Heard info@georgettemillerlaw.com,  
         georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille  
         rlaw.com;smithcr50524@notify.bestcase.com  
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE  
         PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
        LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE  
         PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE  
         PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Bryant Heard                    :     CHAPTER 13
        Cindy Wilson-Heard              :
                                        :     CASE NO. 17-12582
            Debtor(s),                  :
                                        :

## ORDER

And Now this __4th__ day of __June__, 2018, upon consideration of Debtors Bryant Heard and Cindy Wilson-Heard's Motion to Reconsider the Dismissal Order Dated March 1, 2018 and Reinstate Case, and any Response in Opposition thereto,

It is hereby ORDERED that Debtor's Motion is granted and this Chapter 13 case is reinstated and that the debtors may proceed with case No. 17-12582.

It is further ORDERED that the automatic stay shall be reinstated in this case from the petition date.

It is further ORDERED that the March 1, 2018 Order dismissing case is vacated for reasons stated in open court.

It is further ORDERED that the debtors shall file wage orders within five (5) days from the filing of this order.

It is further ORDERED that debtors will be current with the trustee by June 1, 2018.

_____
Honorable Magdeline D. Coleman

{00316929;v1}