# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Bryant L. Heard<br>         Cindy Wilson-Heard aka Cindy Wilson, aka<br>         Cindy Heard<br>                    Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>                    Movant<br>         vs. | NO. 17-12582 MDC |
| Bryant L. Heard<br>Cindy Wilson-Heard aka Cindy Wilson, aka Cindy Heard<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND RE-LISTED HEARING DATE

U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, the United States Bankruptcy Judge, in Courtroom 2 at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, Pa. 19107-4299 on **July 10, 2018**, at **10:30AM**, or as soon thereafter as counsel can be heard, to consider the motion.

2.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

3.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

6/13/2018                                                **/s/ Kevin G. McDonald, Esquire**
                                                         Kevin G. McDonald, Esquire
                                                         Rebecca A. Solarz, Esquire
                                                         KML Law Group, P.C.
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106-1532
                                                         (215) 627-1322  FAX (215) 627-7734
                                                         Attorney for Movant/Applicant