# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        CHAPTER 13

Bryant and Cindy Heard                              :        No. 17-12582

## APPLICATION FOR A WAGE ORDER

Debtors in the above captioned matter hereby respectfully applies for a wage order to be issued in this case directing the employer to withhold from each of their pay period the sum listed on the attached order and to forward the same to the standing trustee listed on the attached order.

                                                Law Offices of Georgette Miller

                                                /s/ Michelle Lee_____
                                                Michelle Lee
                                                Attorney for Debtor

                                                Debtor's Counsel
                                                Law Offices of Georgette Miller
                                                119 S. Easton Road
                                                Glenside, PA 19038
                                                856-323-1100

{00319985;v1}

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :        CHAPTER 13

Bryant and Cindy Heard                :        No. 17-12582

**ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR PERMITTING TO STANDING TRUSTEE**

TO THE EMPLOYER of BRYANT HEARD:

The future earnings of the above named debtor are subject to the continuing supervision and control of the court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the order the sum of **$232.50 bi-weekly.**

The employer shall continue these deductions until further order of this Court and shall remit all monies withheld from Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

Dated:                               _____
                                     UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>
William C. Miller, Trustee
PO BOX 1799
Memphis, TN 38101-1799


Bryant Heard
<u>Payroll Address :</u>
Phila. Water Dept.
Attn: Diane Morris
Human Resources/Payroll Dept.
1101 Market Street 5th Floor
Armark Towers
Phila, PA 19107
Diane.morris@phila.gov

{00319985;v1}