## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 13

Bryant and Cindy Heard          :        No. 17-12582

## APPLICATION FOR A WAGE ORDER

Debtors in the above captioned matter hereby respectfully applies for a wage order to be issued in this case directing the employer to withhold from each of their pay period the sum listed on the attached order and to forward the same to the standing trustee listed on the attached order.

                                                Law Offices of Georgette Miller

                                                /s/ Michelle Lee_____
                                                 Michelle Lee
                                                 Attorney for Debtor

Debtor's Counsel
Law Offices of Georgette Miller
119 S. Easton Road
Glenside, PA 19038
856-323-1100

{00319983;v1}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :         CHAPTER 13

Bryant and Cindy Heard                :         No. 17-12582

**ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION**
**FOR PERMITTING TO STANDING TRUSTEE**

TO THE EMPLOYER of CINDY HEARD:

The future earnings of the above named debtor are subject to the continuing supervision and control of the court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the order the sum of **$232.50 bi-weekly.**

The employer shall continue these deductions until further order of this Court and shall remit all monies withheld from Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>
William C. Miller, Trustee
PO BOX 1799
Memphis, TN 38101-1799


Cindy Heard
<u>Payroll Address :</u>
Phila. Police Dept.
Attn: Ieshia Tinson
Human Resources/Payroll Dept.
750 Race Street
Phila, PA 19106
Police.payroll@phila.gov

{00319983;v1}