## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :         CHAPTER 13

Bryant and Cindy Heard                  :         No. 17-12582

## ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
## FOR PERMITTING TO STANDING TRUSTEE

TO THE EMPLOYER of BRYANT HEARD:

The future earnings of the above named debtor are subject to the continuing supervision and control of the court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the order the sum of **$232.50 bi-weekly**.

The employer shall continue these deductions until further order of this Court and shall remit all monies withheld from Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

Dated: June 18, 2018

*Magdeline D. Coleman*
UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>
William C. Miller, Trustee
PO BOX 1799
Memphis, TN 38101-1799


Bryant Heard
<u>Payroll Address :</u>
Phila. Water Dept.
Attn: Diane Morris
Human Resources/Payroll Dept.
1101 Market Street 5th Floor
Armark Towers
Phila, PA 19107
<u>Diane.morris@phila.gov</u>

{00319985;v1}