United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 17-12582-mdc
Bryant L Heard                                                                          Chapter 13
Cindy Wilson-Heard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Jun 18, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.
              +Philadelphia Police Dept.,   Attn: Ieshia Tinson,   Human Resources/ Payroll Dept.,
                750 Race Street,   Philadelphia, Pa 19106-1509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Joint Debtor Cindy  Wilson-Heard info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com
              GEORGETTE   MILLER    on behalf of Debtor Bryant L Heard info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                               :          CHAPTER 13

Bryant and Cindy Heard               :          No. 17-12582

### ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR PERMITTING TO STANDING TRUSTEE

TO THE EMPLOYER of CINDY HEARD:
The future earnings of the above named debtor are subject to the continuing supervision and control of the court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the order the sum of **$232.50 bi-weekly.**

The employer shall continue these deductions until further order of this Court and shall remit all monies withheld from Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

Dated: June 18, 2018

_Magdeline D. Coleman_
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:
William C. Miller, Trustee
PO BOX 1799
Memphis, TN 38101-1799

Cindy Heard
Payroll Address :
Phila. Police Dept.
Attn: Ieshia Tinson
Human Resources/Payroll Dept.
750 Race Street
Phila, PA 19106
Police.payroll@phila.gov

{00319983;v1}