**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              : CHAPTER 13
**Bryant L Heard**                              :
                                    :  BANKRUPTCY NO.  **17-12582-mdc**
                    Debtor (s)

 **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of
the debtor(s) chapter 13 plan on 1/10/2019 At 09:30 A.M. before the Hon. Magdeline D.
Coleman.

                                              Respectfully submitted,

Date: December 13, 2018                       /s/Jacqueline M. Chandler, Esquire for
                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee
                                              P.O. Box 1299
                                              Philadelphia, PA  19105