## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Bryant L. Heard<br>          Cindy Wilson-Heard aka Cindy Wilson, aka<br>          Cindy Heard<br>                                Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), its successors and/or assigns<br>                                Movant<br>                        vs.<br>Bryant L. Heard<br>Cindy Wilson-Heard aka Cindy Wilson, aka Cindy Heard<br>                                Debtor(s)<br><br>William C. Miller Esq.<br>                                Trustee | NO. 17-12582 MDC |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), which was filed with the Court on or about **October 31, 2017; Docket No. 23**.

                                        Respectfully submitted,

                                         **/s/ Kevin G. McDonald, Esquire**
                                        Kevin G. McDonald, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322
                                        Attorney for Movant/Applicant

January 8, 2019