# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12582-MDC

BRYANT L HEARD
CINDY WILSON-HEARD
1178 WAGNER AVE

PHILADELPHIA, PA 19141

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRYANT L HEARD
    CINDY WILSON-HEARD
    1178 WAGNER AVE

    PHILADELPHIA, PA 19141

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

Date: 1/15/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee