## IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE EASTERN DISTRICT OF
## PENNSYLVANIA

IN RE:  Bryant & Cindy Heard                  CHAPTER 13

DEBTOR(S)                       BANKRUPTCY NO: 17-12582

## NOTICE OF APPLICATION FOR APPROVAL OF COMPENSATION AND
## REIMBURSEMENT OF EXPENSES BY DEBTOR(S) COUNSEL

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL PARTIES IN INTEREST:

N0TICE IS GIVEN

    1. That Georgette Miller, Esquire, attorney for the Debtor(s) in the above-captioned case has filed a Motion for Allowance of Compensation and Reimbursement of Expenses with the United States Bankruptcy Court seeking approval of Counsel fees and expenses in the sum of One Thousand Five Hundred and Fifty Dollars ($1550.00) for services rendered and expenses incurred on behalf of the Debtor(s) in this matter.

    2. That the above listed Motion for Allowance of Compensation along with supporting documentation is on file with the Clerk, United States Bankruptcy Court, U.S. Courthouse, 900 Market Street, Philadelphia, PA 19107 and is available there for inspection.

    3. That any answer, objection or responsive pleading with respect to aforesaid Motion be filed with the Court served upon Counsel for the Debtor(s) within twenty (20) days of the date of this notice.

    4. That in the absence of any answer, objection, or responsive pleading the Debtor(s) Counsel will certify that this Motion is unopposed and that an Order maybe signed granting the relief requested.

Respectfully submitted,

/s/ Margolis Edelstein
Margolis Edelstein
100 Century Parkway, Suite 200
Mt. Laurel, NJ 08054