United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 17-12582-mdc

Bryant L Heard                                                                          Chapter 13

Cindy Wilson-Heard

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
:-- | :-: | --:
Date Rcvd: Mar 08, 2022 | Form ID: pdf900 | Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Bryant L Heard, Cindy Wilson-Heard, 1178 Wagner Ave, Philadelphia, PA 19141-2930 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: bnc@atlasacq.com | | |
| | | | Mar 08 2022 23:54:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: blegal@phfa.org | | |
| | | | Mar 08 2022 23:54:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101, U.S.A. 17101-1406 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2022                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:**

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 08, 2022                        Form ID: pdf900                            Total Noticed: 3

| Name | Email Address |
| --- | --- |
| GEORGETTE MILLER | on behalf of Joint Debtor Cindy Wilson-Heard Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| GEORGETTE MILLER | on behalf of Debtor Bryant L Heard Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**In re: Bryant & Cindy Heard**　　　　　　　:　　　**Chapter 13**

　　　　　　　　　　　　　　　　　　　:

　　　　**Debtor(s).**　　　　　　　　　　　:　　　**Bankruptcy No. 17-12582**

### ORDER TO ALLOW COUNSEL FEES

　　　　**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

　　　　It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation in the amount of $1550.00 are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less 150.00, which has been previously paid by the Debtor, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Dated:　March 8, 2022

cc:　　　Kenneth West
　　　　Chapter 13 Trustee
　　　　1234 Market Street
　　　　Suite# 1813
　　　　Philadelphia, PA 19107

　　　　United States Trustee
　　　　833 Chestnut Street, Suite 500
　　　　Philadelphia, PA 19107

　　　　Bryant and Cindy Heard
　　　　1178 Wagner Avenue
　　　　Philadelphia, PA 19141