IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Bryant & Cindy Heard, | : | Chapter 13 |
| Debtor(s). | : | Case No. 17-12582-mdc |

## ORDER

AND NOW, this 20th day of _____April____ 2022, upon consideration of Debtor Cindy Heard's Application to Terminate Wage Order(s), it is hereby ORDERED, that the wage order(s) previously entered in this case, directing to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

cc:

Debtors Bryant & Cindy Heard
1178 Wagner Ave.
Philadelphia, PA 19141

Cindy Heard
Payroll Address :
Phila. Police Dept.
Attn: Ieshia Tinson
Human Resources/Payroll Dept.
750 Race Street
Phila, PA 19106
Police.payroll@phila.gov