IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Bryant & Cindy Heard,   :   Chapter 13

Debtor(s).   :   Case No. 17-12582-mdc

**ORDER**

AND NOW, this 2nd day of _____May_____ 2022, upon consideration of Debtor Bryant Heard's Application to Terminate Wage Order(s), it is hereby ORDERED, that the wage order(s) previously entered in this case, directing to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

cc:

Debtors Bryant & Cindy Heard
1178 Wagner Ave.
Philadelphia, PA 19141

Bryant Heard
Payroll Address :
Phila. Water Dept.
Attn: Diane Morris
Human Resources/Payroll Dept.
1101 Market Street 5th Floor
Armark Towers
Phila, PA 19107
Diane.morris@phila.gov