## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Bryant & Cindy Heard,    :    Chapter 13

Debtor(s).    :    Case No. 17-12582-mdc

### NOTICE OF MOTION TO REOPEN CASE TO GRANT DEBTOR A DISCHARGE

Debtors Bryant & Cindy Heard have filed a Motion to Reopen Case to Grant Debtors A Discharge with this Court. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then on or before 9/10/2022, you or your attorney must:

**File with the court a written response at:**

**U.S. Bankruptcy Court 900**
**Market Street**
**Philadelphia, PA 19107**
**Attn: Bky Clerk**

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.
You must mail a copy to:

**Michelle Lee, Esq.**
**Margolis Edelstein**
**170 S Independence Mall W Ste 400E**
**Philadelphia, PA 19106**

You or your attorney must attend the hearing scheduled to be held **9/22/2022 at 11:00AM.** Hearing will be held via Telephonic Hearing. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 8/24/2022

Respectfully Submitted,
/s/ Michelle Lee
Michelle Lee, Esquire