UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

August 25, 2022

To:
**Georgette Miller, Esq.**
**The Curtis Center**
**170 S. Independence Mall W**
**Suite 400**
**Philadelphia PA 19106**

In re: **Bryant L. Heard and Cindy Wilson-Heard**
Bankruptcy No. **17-12582-mdc**
Adversary No.
Chapter 13

Re  **Motion to Reopen Chapter 13 Case**

The above document(s) were filed in this office on August 24, 2022**.**  Please be advised that the
filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy
Procedure and/or the Local Rules of this court.

()       Voluntary Petition
()       Adversary Proceeding
()       $32.00 Filing Fee for Amendments
()       $26.00 Claims Transfer Fee
**(XX)**     **Motion Filing Fee - $235.00 Motion to Reopen**

Please submit the payment(s) within seven (7) days from the date of this notice as required by
the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this
matter will  be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By: **Lisa Henry**
    Deputy Clerk

*Fee Notice*
*(12/23/20)*