**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Bryant and Cindy Heard | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 17-12582 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Motion to Reopen Case, Notice, and Proposed Order on <u>August 24, 2022</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated:  September 22, 2022               <u>/s/ Michelle Lee, Esq.</u>
                                                                        Michelle Lee
                                                                        Dilworth Paxson LLP
                                                                        1500 Market St., Suite 3500E
                                                                        Philadelphia, PA 19102

{00389887;v1}