**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Bryant & Cindy Heard,** | : | Chapter 13 |
| **Debtor(s).** | : | Case No. 17-12582-mdc |

## ORDER

And NOW this, 26th day of September 2022, upon consideration of Debtors' Motion to Reopen Case to Grant Debtors A Discharge and for good cause shown,

**It is hereby ORDERED** that the Motion is GRANTED.

**It is further ORDERED** that case 17-12582 shall be re-opened to issue an Entry of Discharge Order.

_____
**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**