United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12582-mdc |
| Bryant L Heard | Chapter 13 |
| Cindy Wilson-Heard | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 26, 2022 | Form ID: 138OBJ | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bryant L Heard, Cindy Wilson-Heard, 1178 Wagner Ave, Philadelphia, PA 19141-2930 |
| 13900360 | + | Central Finl Control, Po Box 66044, Anaheim, CA 92816-6044 |
| 13900368 | + | Grimley Financial, 18 W Kings Hwy, Haddonfield, NJ 08033-2116 |
| 13900370 | + | Lease & Rental Mgmt Co, 45 Haverhill St, Andover, MA 01810-1499 |
| 13900374 | + | Nu 2 U Auto, 105 White Horse Pi, Clementon, NJ 08021-4154 |
| 13900379 | + | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 13900380 | + | Philadelphia Traffic Court, 800 Spring Garden Street, Philadelphia, PA 19123-2690 |
| 13900381 | + | Pnc Bank/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14001391 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13983078 | + | U.S. Bank NA, c/o Matteo S. Weiner, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13900385 | + | Unv Fidlty, 1445 Langham Creek, Houston, TX 77084-5012 |
| 13900389 | + | Xerox Soluti, Acs Sue Elen 1617 Jfk Blvd Sui, Philadelphia, PA 19103-1821 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2022 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2022 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13920013 | | Email/Text: bnc@atlasacq.com | Sep 26 2022 23:25:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 13919331 | | Email/Text: bnc@atlasacq.com | Sep 26 2022 23:25:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 13900355 | + | Email/Text: bankruptcy@rentacenter.com | Sep 26 2022 23:25:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 13900356 | + | Email/Text: bncnotifications@pheaa.org | Sep 26 2022 23:25:00 | Aes/ Bony Us, Attn: Bankrupcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 13900357 | + | Email/Text: bankruptcy@acacceptance.com | Sep 26 2022 23:25:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2185 |
| 13900358 | + | Email/Text: broman@amhfcu.org | Sep 26 2022 23:25:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 13900363 | | Email/Text: megan.harper@phila.gov | Sep 26 2022 23:25:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 13900364 | | Email/Text: megan.harper@phila.gov | Sep 26 2022 23:25:00 | City of Philadelphia, Department of Revenue, PO |

Case 17-12582-mdc   Doc 127   Filed 09/28/22   Entered 09/29/22 00:31:50   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: 138OBJ | Total Noticed: 50 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 13991222 | | Email/Text: megan.harper@phila.gov | Sep 26 2022 23:25:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 Box 41496, Philadelphia, PA 19101-1496 |
| 13900359 | + | Email/Text: amanda@cascollects.com | Sep 26 2022 23:25:00 | Capital Collection Svc, Po Box 150, West Berlin, NJ 08091-0150 |
| 13900362 | + | Email/Text: bankruptcy@philapark.org | Sep 26 2022 23:25:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 13900361 | + | Email/Text: bankruptcy@philapark.org | Sep 26 2022 23:25:00 | City of Philadelphia, PO Box 41818, Philadelphia, PA 19101-1818 |
| 13900365 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 26 2022 23:25:00 | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 13900366 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2022 23:31:17 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 13923512 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 26 2022 23:25:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 13900367 | + | Email/Text: tropiann@einstein.edu | Sep 26 2022 23:25:19 | Einstein Hospital, 5501 Old York road, Philadelphia, PA 19141-3091 |
| 13900369 | + | Email/Text: bankruptcy@philapark.org | Sep 26 2022 23:25:00 | LDC Collections Systems, PO BOX 41819, Philadelphia, PA 19101-1819 |
| 13967586 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2022 23:31:22 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13900371 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2022 23:25:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13900372 | + | Email/Text: Bankruptcies@nragroup.com | Sep 26 2022 23:25:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13900373 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 26 2022 23:25:00 | Nco Fin/99, Po Box 15636, Wilmington, DE 19850-5636 |
| 13900375 | + | Email/Text: bankruptcy@oliphantfinancial.com | Sep 26 2022 23:25:00 | Oliphant Financial, 9009 Town Center Pkwy, Lakewood Ranch, FL 34202-4185 |
| 13900377 | | Email/Text: bankruptcy@payliance.com | Sep 26 2022 23:25:00 | Payliance, 3 Easton Oval Ste 210, Columbus, OH 43219 |
| 13913590 | | Email/Text: peritus@ebn.phinsolutions.com | Sep 26 2022 23:25:00 | PERITUS PORTFOLIO SERVICES/NCEP, PO BOX 141419, IRVING, TX 75014-1419 |
| 13900376 | + | Email/Text: blegal@phfa.org | Sep 26 2022 23:25:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 13900378 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 26 2022 23:25:00 | Peco, PO Box 13439, Philadelphia, PA 19101-3439 |
| 13931994 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2022 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 13913188 | + | Email/Text: bankruptcy@philapark.org | Sep 26 2022 23:25:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 13930503 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2022 23:25:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788,, Kirkland, WA 98083-0788 |
| 13900382 | + | Email/Text: bankruptcy@rentacenter.com | Sep 26 2022 23:25:00 | Rac Acceptance, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 13900383 | ^ | MEBN | Sep 26 2022 23:21:52 | Raymour & Flannigan, PO Box 130, Liverpool, NY 13088-0130 |
| 13900384 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 26 2022 23:25:00 | Santander Consumer Usa, Po Box 961245, Ft |

Case 17-12582-mdc  Doc 127  Filed 09/28/22  Entered 09/29/22 00:31:50  Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: 138OBJ | Total Noticed: 50 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Worth, TX 76161-0244 |
| 13945359 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 26 2022 23:25:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 13900386 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 26 2022 23:25:00 | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 13900387 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 26 2022 23:25:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 13900388 | + | Email/Text: megan.harper@phila.gov | Sep 26 2022 23:25:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13941414 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Joint Debtor Cindy Wilson-Heard bky@dilworthlaw.com Miller.GeorgetteR93726@notify.bestcase.com |
| GEORGETTE MILLER | on behalf of Debtor Bryant L Heard bky@dilworthlaw.com Miller.GeorgetteR93726@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| LEON P. HALLER | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 26, 2022 | Form ID: 138OBJ | Total Noticed: 50 |

    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

LEON P. HALLER
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

MATTEO SAMUEL WEINER
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Bryant L Heard and Cindy
Wilson−Heard

       Debtor(s)

Case No: 17−12582−mdc

Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

       900 Market Street
       Suite 400
       Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/26/22

 

126 − 112
Form 138OBJ